IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN FIELDER                                    Case No. 3:14-cv-00523-MA

              Plaintiff,                         ORDER FOR EAJA FEES

      v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

              Defendant.

MARSH, Judge

      On July 13, 2015, the parties filed a Stipulated Application

for Fees Pursuant to the Equal Access to Justice Act (EAJA), 28

U.S.C. § 2412(d), in which parties agree that plaintiff should be

awarded fees in the amount of $2,052.65. *See* Stipulated Motion(ECF

No. 21).

      Accordingly, based on the agreement of the parties, it is

hereby ORDERED that attorney fees in the amount of $2,052.65 shall

be awarded to plaintiff pursuant to the Equal Access to Justice

Act, 28 U.S.C. § 2412. There are no costs or expenses. The parties

agree that attorney fees will be paid to plaintiff's attorney,

subject to verification that plaintiff does not have a debt which

1 - ORDER FOR EAJA FEES

qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorney, Merrill Schneider, at Mr. Schneider's address: PO Box 14490, Portland, OR 97293. If plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this _/7_ day of July, 2015.

Malcolm F. Marsh
United States District Judge